# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. HALL, | Case No. 1:16-cv-00263 AWI DLB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (Document 11) |
| FRAUENHEIM, et al., | ORDER GRANTING PLAINTIFF'S REQUEST FOR ADDITIONAL TIME |
| Defendants. | (Document 12) |

Plaintiff Richard B. Hall ("Plaintiff"), a state inmate in the custody of the California Department of Corrections and Rehabilitation ("CDCR"), is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 25, 2016.

On July 8, 2016, the Court issued an order to show cause after Plaintiff failed to file an amended complaint.

On August 8, 2016, Plaintiff filed a response to the order to show cause, explaining that health issues delayed his compliance with Court orders.

For good cause, the order to show cause is DISCHARGED.

///
///
///
///

The Court will not stay the action, as Plaintiff requests, but it will grant Plaintiff an additional forty-five (45) days to file his amended complaint in compliance with the Court's May 18, 2016, order.

IT IS SO ORDERED.

Dated: **August 9, 2016**           /s/ *Dennis L. Beck*
                      UNITED STATES MAGISTRATE JUDGE