UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. HALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT FRAUENHEIM, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-00263-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF ONE FINAL EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT IN COMPLIANCE WITH THE COURT'S MAY 18, 2016, ORDER<br><br>[ECF No. 16] |

　　　　Plaintiff Richard B. Hall is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On July 8, 2016, the Court issued an order to show cause after Plaintiff failed to file an amended complaint in compliance with the Court's May 18, 2016, order.

　　　　On August 8, 2016, Plaintiff filed a response to the order to show cause, explaining that health issues delayed his complaint with the court orders.

　　　　On August 9, 2016, the Court discharged the order to show cause and granted Plaintiff an additional forty-five (45) days to file an amended complaint in compliance with the Court's May 18, 2016, order.  The forty-five day period has expired and Plaintiff has not filed an amended complaint. However, on September 20, 2016, Plaintiff filed a declaration in which it appears he is seeking additional time to file an amended complaint.  (ECF No. 16.)

1

The Court notes that on September 19, 2016, Plaintiff filed a motion for the appointment of counsel, which was denied on September 22, 2016. (ECF Nos. 15, 17.)

In the interest of justice and based upon a showing of good cause, the Court will grant Plaintiff an additional thirty (30) days to file an amended complaint in compliance with the Court's May 18, 2016, order. To the extent Plaintiff seeks further assistance from the Court in filing his amended complaint, Plaintiff is advised that the Court does not issue advisory opinions or provide legal advice. Pro se litigants are obligated to follow the same rules as represented parties, and self-representation is not an excuse for noncompliance with court rules. Plaintiff is also advised that it is a pro se plaintiff's responsibility to proceed in a manner consistent with the Federal Rules of Civil Procedure, the Court's Local Rules, and the orders of this Court. <u>Plaintiff is further advised that no further extensions of time will be granted, absent a showing of extraordinary circumstances, not present here</u>.

Based on the foregoing, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file an amended complaint.

IT IS SO ORDERED.

Dated:   **October 7, 2016**

UNITED STATES MAGISTRATE JUDGE

2