**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD B. HALL,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT FRAUENHEIM, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-00263-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>[ECF Nos. 19, 25] |

Plaintiff Richard B. Hall is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On November 4, 2016, the Magistrate Judge filed a Findings and Recommendation which was served on Plaintiff and contained notice that objections were to be filed within thirty days. Plaintiff filed objections on November 30, 2016.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed on November 4, 2016, is adopted in full; and
2. Plaintiff's motion for a temporary restraining order and/or preliminary injunction is denied.

IT IS SO ORDERED.

Dated:  February 8, 2017                        _____
                                                                    SENIOR DISTRICT JUDGE