**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD B. HALL,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT FRAUENHEIM, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-00263-AWI-SAB (PC)<br><br>ORDER APPOINTING COUNSEL FOR THE LIMITED PURPOSE OF REPRESENTING PLAINTIFF IN A COMPETENCY HEARING<br><br>[ECF No. 53] |

Plaintiff Richard B. Hall is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Enid Perez has been selected from the court's pro bono attorney panel to represent plaintiff for the limited purpose of the competency hearing as outlined in the order dated July 21, 2017 (ECF No. 53), and she has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Enid Perez is appointed as counsel in the above entitled matter. Counsel is appointed for the limited purpose of the competency hearing as outlined in the order dated July 21, 2017 (ECF No. 53).

2. Enid Perez's appointment will terminate when the order with regard to the competency hearing has been filed. Prior to the termination of the appointment, the court will accord counsel the option of proceeding as plaintiff's appointed counsel for purposes of further proceedings in this case. If counsel does not wish to continue representation of plaintiff

1

after she has carried out her limited purpose appointment, the court will consider appointing new counsel for plaintiff, if deemed appropriate at that time.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if she has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Enid Perez, Law Office of Enid Perez, 1101 E. University Ave., Fresno, CA 93741.

IT IS SO ORDERED.

Dated: **September 5, 2017**

UNITED STATES MAGISTRATE JUDGE