# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. HALL,<br><br>   Plaintiff,<br><br> v.<br><br>SCOTT FRAUENHEIM, et al.,<br><br>   Defendants. | Case No.: 1:16-cv-00263-AWI-SAB (PC)<br><br>ORDER DENYING, WITHOUT PREJUDICE, PLAINTIFF'S MOTION FOR EXPERT EVALUATION REGARDING COMPETENCY<br><br>[ECF No. 54] |

Plaintiff Richard B. Hall is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 31, 2017, Plaintiff filed a motion for the appointment of an expert evaluation to determine his competency.

Inasmuch as the Court has yet to schedule a competency hearing or determine whether an expert is necessary to make such competency determination, Plaintiff's motion is denied without prejudice.

IT IS SO ORDERED.

Dated: **September 6, 2017**

UNITED STATES MAGISTRATE JUDGE

1