UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. HALL,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT FRAUENHEIM, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-00263-AWI-SAB (PC)<br><br>ORDER DIRECTING A SPECIAL APPEARANCE ON BEHALF OF UN-SERVED DEFENDANTS BY OFFICE OF ATTORNEY GENERAL AND DIRECTING CLERK OF COURT TO SERVE ORDER ON SUPERVISING DEPUTY ATTORNEY GENERAL, MONICA ANDERSON |

Plaintiff Richard B. Hall is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 21, 2017, the assigned district judge stayed Plaintiff's motion for reconsideration and referred the matter back to the undersigned in order to conduct a competency hearing and possible orders and procedures to protect Plaintiff's interests, if Plaintiff is determined to be incompetent.

On September 6, 2017, the Court appointed Enid Perez to represent Plaintiff at the competency hearing yet to be scheduled.

The Court hereby directs the Clerk of Court to serve a copy of this order on Supervising Deputy Attorney General, Monica Anderson, and directs the Office of the Attorney General to either make a special appearance on behalf of the un-served Defendants within **ten (10)** days from the date of service of this order or advise the court otherwise if they do not wish to appear in a special

appearance capacity. After the special appearance has been made, the Court will coordinate an informal telephonic conference to schedule the necessary competency hearing.

IT IS SO ORDERED.

Dated: __September 6, 2017__

_____
UNITED STATES MAGISTRATE JUDGE