UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. HALL,<br><br>  Plaintiff,<br><br> v.<br><br>SCOTT FRAUENHEIM, et al.,<br><br>  Defendants. | Case No.: 1:16-cv-00263-AWI-SAB (PC)<br><br>ORDER REQUIRING DEFENDANTS BY WAY OF SPECIAL APPEARANCE TO FILE A NOTICE OF SUGGESTION OF PLAINTIFF'S DEATH ON THE RECORD WITHIN THIRTY DAYS<br><br>[ECF No. 58] |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Richard B. Hall.

On July 21, 2017, the assigned district judge stayed Plaintiff's motion for reconsideration and referred the matter back to the undersigned in order to conduct a competency hearing and possible orders and procedures to protect Plaintiff's interests, if Plaintiff is determined to be incompetent.

On September 6, 2017, the Court appointed Enid Perez to represent Plaintiff at the competency hearing yet to be scheduled.

On September 6, 2017, the Court ordered the Office of the Attorney General to advise the Court as to whether a special appearance would be made on behalf of the un-served Defendants at a year to be scheduling competency hearing.

///

///

///

1

On September 18, 2017, Supervising Deputy Attorney General Monica Anderson filed a response to the Court's September 6, 2017, order. Counsel indicates that on September 15, 2017, the Office of the Attorney General received information that Plaintiff, Richard B. Hall (T-09259) died on September 11, 2017. (ECF No. 58, Attach. A.)

Accordingly, in light of the information received and provided by the Office of the Attorney General, it is HEREBY ORDERED that within **thirty (30)** days from the date of service of this order, Defendants by way of special appearance, shall file a notice of suggestion of Plaintiff's death on the record pursuant to Federal Rule of Civil Procedure 25(a)(1). In addition, any non-party successors or representatives of the deceased party must be served the suggestion of death in the manner provided by Rule 4 for the service of a summons. Fed. R. Civ. P. 25(a)(3); Barlow v. Ground, 39 F.3d 231, 232-234 (9th Cir. 1994).

IT IS SO ORDERED.

Dated:   **September 20, 2017**

UNITED STATES MAGISTRATE JUDGE